STUART HANLON, SBN: 66104
LAW OFFICES OF STUART HANLON
179 11th STREET, 2ND FLOOR
SAN FRANCISCO, CA 94103
(415)864-5600

Attorneys for Defendant
KHOA NGUYEN

**FILED**

APR 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>           Plaintiff,<br>     v.<br><br>KHOA NGUYEN,<br>           Defendant. | ) NO.  CR 02-0154 MMC<br>)<br>) **ORDER FOR RETURN OF PASSPORT**<br>)<br>)<br>)<br>)<br>)<br>) |

Good cause having been shown,

**IT IS HEREBY ORDERED** that the passport in the name of KHOA NGUYEN taken in the above-entitled action be returned to the defendant, Khoa Nguyen.

**IT IS SO ORDERED.**

Dated: APR 1 0 2008

HONORABLE JUDGE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

          Plaintiff,

v.

KHOA NGUYEN,

          Defendant.
_____/

Case Number: CR02-00154 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stuart Hanlon
Law Offices of Stuart Hanlon
179 11th Street, 2nd Floor
San Francisco, CA 94103

U.S. Clerk's Office
Finance Department
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: April 10, 2008

                                      Richard W. Wieking, Clerk

                                      *Tracy Lucero*

                                      By: Tracy Lucero, Deputy Clerk